# EXHIBIT A

5/27/2021 TOYOTA MOTOR CORPORATION GLOBAL WEBSITE | 75 Years of TOYOTA | Technical Development | Vehicle Performance and Testing

Case 4:21-cv-04534-KAW Document 1-1 Filed 06/11/21 Page 2 of 5

# 75 Years of TOYOTA — Ever-better Cars

75-Year History TOP > A 75-Year History through Data > Automotive Business > Products, Technology > Technical Development > Vehicle Performance and Testing

**Products, Technology**

- Vehicle Lineage Chart
- **Technical Development**
  - Design
  - Body
  - Engines
  - Chassis
  - Drivetrain
  - Electronics Parts
  - HV and FC
  - Materials
  - **Vehicle Performance and Evaluation**
  - Award History
- Research and Development Support
- History of Toyota's Motor Sports Activities
- Production, Production Engineering, Logistics and Purchasing
- Sales
- Reference guide



Technical Development

# Vehicle Performance and Testing

**History** | Further details

This section also includes a description of organizations, facilities, and systems related to vehicle performance and evaluation.

| Year | Month | Technology developed and applied | Further details |
|---|---|---|---|
| 1987 | June | A facility and test course for evaluating vehicles in Tahara Plant completed<br>- A comprehensive vehicle evaluating facility and test course that recreates every possible usage environment encountered worldwide, including bad roads, flying rocks, dust, and water submersion, with the aim of improving vehicle performance as well as the efficiency of evaluation under unusual environments | |
| | October | First test track completed at the Shibetsu Test Track<br>- Makes it possible to evaluate actual vehicles simulating high-speed driving conditions in Europe | |
| 1988 | October | Four-wheel, multi-axis bench tester for vehicle durability introduced<br>- Significantly shortens time required for evaluating vehicle reliability and durability, improving efficiency and evaluation accuracy | Further details |
| 1989 | February | Snow testing room (Engineering Building 11) completed<br>- Makes it possible to evaluate vehicles under snowy conditions throughout the year, improving the efficiency of vehicle performance enhancement and evaluation | |
| | August | Product Evaluation & Engineering Division established<br>- Established as an organization with a focus on improving product characteristics and development based on vehicle models; Product Division works especially closely with Z (Product Planning Division) and promotes overall vehicle performance development, helping to enhance product appeal,shorten the time required for product development and reduce development cost | |
| 1990 | February | Shibetsu Vehicle Evaluation & Advanced Engineering Division established<br>- Split off from the Technical Administration Division to become an independent division in both name and substance; Key location for evaluating vehicles under cold climate conditions | |
| 1992 | September | Center System implemented<br>- Vehicle Evaluation & Engineering Division I, II, and III established to handle specific models, promoting performance planning proposals that strive to reconcile conflicting performance parameters | |
| 1993 | September | Vehicle Engineering Division newly established<br>- R&D organizations restructured and strengthened | Further details |
| 1995 | July | Vehicle Engineering Division significantly reorganized<br>- Reorganized by function into Groups 1K through 7K; Overall responsibility for each performance class assigned to the Functional Project General Manager of each group, thereby clarifying roles | Further details<br>Same as Vehicle Engineering Division newly established |

| Year | Month | Event | |
|---|---|---|---|
| | | Global Outstanding Assessment (GOA) collision-safety body developed<br>- Developed with the goal of achieving a safety performance level at the top of its class worldwide | Further details |
| 1997 | | Iki-Iki Committee established<br>- Reforms the personnel system and the way technical employees work (Assistant Manager, Group Leader, and Team Leader => CL, CX, GL, SX, and EX) | |
| 2000 | July | Branch office of the Shibetsu Vehicle Evaluation & Advanced Engineering Division established within the Head Office<br>- Working closely with planning and design divisions at the Head Office to ensure high performance of developed vehicles in cold climates | |
| | | Operation of the Collision Safety Component Test Ground commenced<br>- High-performance, impact sled tester installed, promoting efficiency improvement by shifting from vehicle evaluating to component-level evaluating | |
| | | Total Human Model For Safety (THUMS) developed and licensing to other companies commenced<br>- A virtual human body model called 'THUMS' developed for analyzing human injury mechanisms; Subsequently utilized in developing the pedestrian-injury-lessening vehicle body, whiplash injury-lessening seats, etc | |
| | | Technical Workforce Reconstruction Project established<br>  - Implements expansion of shop floor employee duties | |
| 2001 | January | Prevention of Quality Problem Division prevention activities commenced<br>- To promote quality improvement in engineering divisions, with the goals of completely preventing defects from reaching customers throughout the entire manufacturing phase, from pilot production to mass production, and building a prevention framework; Implements measures such as pilot/mass production reliability check, Design Review based on Failure Mode (DRBFM) promotion, achievement of perfect quality (reduction of warranty repairs), and Early Detection and Early Resolution (EDER) activity promotion in cooperation with the Quality Audit Department in each field; Prevention of Quality Problem Division prevention activities later transferred to the BR Development Operation Reform Promotion Department | |
| 2002 | May | Plant No. 9 completed<br>- Strengthens prevention of market failures by enhancing evaluation of overall durability performance | |
| | | All-Weather Resin Tank Flame Resistance Testing Facility completed<br>- Outdoor type changed to all-weather type to cope with increased use of resin tanks | |
| 2003 | June | Advanced CAE Division established<br>- Created by integrating the CAE organizations of the Body Design, Chassis Engineering, and Vehicle Evaluation & Engineering Divisions; Vehicle development process shifts to a process that assumes CAE utilization | Further details |
| | June | Center System enhanced and Function Department General Manager system adopted through Break Through Toyota (BT2) reorganization | |
| | October | All-Weather Collision Testing Facility completed in Higashi-Fuji Technical Center<br>- One of only a handful of indoor testing facilities worldwide capable of testing all collision modes such as car-to-car, rollover, etc. | |
| | | Pre-crash Safety (PCS) System commercialized<br>- A system that uses a sensor to detect the possibility of a collision to soften the potential impact on the driver; Installed in the Harrier for the first commercialization in the world | |
| | | Universal Design initiative launched<br>- Two types developed: (1) the Ergo-index for use in developing vehicles that are easy to use based on the dimensions and actions of the various parts of the human body, and (2) the Scene Compatibility | |

5/27/2021    TOYOTA MOTOR CORPORATION GLOBAL WEBSITE | 75 Years of TOYOTA | Technical Development | Vehicle Performance and Testing

Case 4:21-cv-04534-KAW Document 1-1 Filed 06/11/21 Page 4 of 5

| | | | |
|---|---|---|---|
| | | index for increasing the intangible value of the vehicle by proposing a new lifestyle; Adopted in the new Raum | |
| 2005 | January | Vehicle Performance Development Division established<br>- Following the establishment of the Center System, the role of the Evaluation & Engineering Division expands to include responsibility for vehicle performance and quality development before drawing release and after pilot production; Division and department names reassessed to help establish and enhance the vehicle development system by expressing the expanded missions and functions in an easier-to-understand way and unifying intentions both inside and outside the division | Further details |
| | November | Tahara High-speed and Durability Test Track paved, significantly shortening testing time and driving distance<br>- Paving and input increase make it possible to conduct testing even when the coefficient of friction (μ) of the road surface drops in rainy weather, cutting the distance required by half and driving time by more than half | |
| | | Operation of the Market Environmental Investigation System commenced<br>- A system developed for long-term measurement of how customers use their vehicles; Operation across the globe commenced | |
| | | Virtual & Real Simulator (VRS) for vehicles introduced<br>- A chassis dynamo possessing lower inertia, higher response, and higher accuracy than the conventional dynamo is adopted; Controlling the motor using a physical model for the vehicle's usage environment makes it possible to evaluate vehicles with high reproducibility under virtual driving conditions (low-friction road, uphill, gear ratio change, etc.) | |
| 2006 | January | Toyota Production System (TPS) concept introduced into the Vehicle Evaluation & Engineering Field<br>- With the goal of completely eliminating reworking in the development and evaluation areas, Toyota promotes TPS initiatives in its development divisions (covering all functions, including collision testing, CV evaluation of actual vehicles, and strength evaluation) | |
| | April | CF perfect-quality initiative<br>- Quality problems are classified and analyzed one by one to carry out complete review of TS, inspection activities (with careful attention given to changes in drawings), chassis parts reliability limit evaluation, screening enhancement, etc. | |
| | April | Genchi Genbutsu DR (GGDR) System established<br>- Creates an evaluation team separate from the team in charge of an individual model to evaluate the vehicle from the customer's viewpoint to help prevent defects from going out the factory door | |
| | April | Technical Development System Building Initiative launched<br>- Clearly defining individual evaluation units improves accuracy in projecting the number of process steps required | |
| | | Four-wheel, multi-axis bench tester for vehicle durability modified into a six-axis type<br>- Developed with the goal of improving both the evaluation accuracy and vehicle performance | |
| 2007 | October | BRICs Meister System established<br>- Develops experts who are thoroughly familiar with BRIC regions and can provide input for developing vehicles suitable to these regions | |
| 2008 | June | Center System reorganized by performance into Gijyutubu Innovation 20 (GI20)<br>- Recognizing that after 16 years, continuing to work under the Center System hinders the achievement of further performance improvement, departments are reorganized according to vehicle performance parameters; Vehicle model-focused concept kept intact in some specialized areas; Results in an efficient and transparent organization | Further details |
| 2010 | May | Product Audit Department established (attached to the Vehicle | |

5/27/2021 TOYOTA MOTOR CORPORATION GLOBAL WEBSITE | 75 Years of TOYOTA | Technical Development | Vehicle Performance and Testing

Case 4:21-cv-04534-KAW Document 1-1 Filed 06/11/21 Page 5 of 5

|  |  | Evaluation & Engineering Field)<br>- To take the initiative in the Vehicle Evaluation & Engineering Field and prevent quality problems that affect customer safety, the Special Committee for Global Quality reorganizes the organization of quality auditing, with the following three objectives:<br><br>(1) Consolidate functions for conducting audits from the customer's viewpoint and preventing defects from reaching customers into a separate group from the development departments and thereby enhance these functions<br>(2) Centralize collection of customer complaints, requests, etc., to facilitate their evaluation, helping to prevent recurrence<br>(3) Strengthen functions that keep engineers and technicians working as a team to discover and identify any signs of problems in the development phase |  |

Materials                              Technical Development                              Award History

© 2012 TOYOTA MOTOR CORPORATION. All Rights Reserved.

Copyright & Terms of Use | Sitemap | Do Not Sell My Personal Information (U.S. residents)