IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL TAVARES, *et al*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., *et al.*,<br><br>　　　　Defendants. | Case No. 3:21-cv-04534-WHO<br><br>ORDER ON STIPULATION OF DISMISSAL (FRCP Rule 41(a)(1)(A)(ii)) |

The Court, having read the Stipulation of Dismissal filed by all parties to have appeared in this action, and finding good cause,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all plaintiffs' claims, actions and causes of action asserted against defendants. Each party is to bear its own costs and fees, including, but not limited to, attorney's fees and expert fees.

IT IS SO ORDERED.

DATED: May 4, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable William H. Orrick